# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Parsons Corporation ) ASBCA No. 59500
)
Under Contract No. DAAA09-99-C-0016 *et al.* )

APPEARANCE FOR THE APPELLANT: Kevin J. Slattum, Esq.
   Pillsbury Winthrop Shaw Pittman LLP
   Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
   DCMA Chief Trial Attorney
  Carol L. Matsunaga, Esq.
   Senior Trial Attorney
  Srikanti Schaffner, Esq.
   Trial Attorney
   Defense Contract Management Agency
   Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 20 June 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59500, Appeal of Parsons Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals